IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL ZEPEDA,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**M. ZYSMAN,**<br><br>　　　　　　　　　　　　Defendant. | Case No.  2:22-cv-01860-JDP (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE AND SERVE ANY MOTION TO OPT OUT OF THE POST-SCREENING ADR PROJECT** |

　　　Defendant Coyle[1] filed an Ex Parte Application for an Extension of Time to File and Serve any Motion to Opt Out of the Post-Screening ADR Project ("Ex Parte Application").  Having read and considered the Ex Parte Application and its attachments, good cause exists to grant it.  The deadline for Defendant Coyle to file and serve any Motion to Opt Out of the Post-Screening ADR Project is hereby extended to July 16, 2023.

IT IS SO ORDERED.

Dated:　　June 16, 2023　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] According to Defendant's Answer to Plaintiff's Complaint, Defendant has changed her last name from Zysman to Coyle. (Def.'s Answer to Pl.'s Compl., ECF No. 18 at n.1, p. 1.)